# JS-6

# O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE KENNEDY,<br>　　　　Petitioner,<br>　　v.<br>SECRETARY OF THE CDCR,<br>　　　　Respondent. | Case No. LA CV 14-8137 JGB (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Deny Petition for Writ of Habeas Corpus and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED:  November 30, 2016

　　　　　　　　　　　　　　　　　　　　　　　　HON. JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE